**STATE of Missouri, Plaintiff–Respondent,**

v.

**Keith BROWN, Defendant–Appellant.**

No. 55864.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 28, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 21, 1991.

Application to Transfer Denied Nov. 19, 1991.

Stormy B. White, Asst. Public Defender, Clayton, for defendant-appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant, Keith Brown, appeals from his conviction, after a jury trial, of stealing over one hundred and fifty dollars. Defendant was sentenced as a persistent offender to fifteen years imprisonment.

No jurisprudential purpose would be served by a written opinion. Defendant's conviction is affirmed. Rule 30.25(b).